# Floyd v. American Freehold Land Mortgage Co.

APPEAL from Limestone Chancery Court.

Heard before the Hon. THOMAS COBBS.

R. A. McCLELLAN, for appellant.

JAMES E. WEBB, contra.

The bill in this case was filed by the appellants against the appellee to have a mortgage given by the complainants to the defendants declared void.

Upon the final submission of the cause on the pleadings and proof, the chancellor decreed that the complainants were not entitled to the relief prayed for. From this decree complainants appeal, and assign the same as error. Affirmed.

Opinion by HARALSON, J.

BRICKELL, C. J., dissenting.